**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-6075

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LUIS ORDONEZ-VEGA, a/k/a Big Boy,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.    Robert J. Conrad, Jr., District Judge.    (3:15-cr-00121-RJC-DSC-22; 3:19-cv-00579-RJC)

Submitted: January 20, 2023                    Decided: February 6, 2023

Before KING and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Luis Ordonez-Vega, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Ordonez-Vega seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 137 S. Ct. 759, 773-74 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Ordonez-Vega has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We grant Ordonez-Vega's motion to supplement his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2